ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of - | ) | |
| | ) | |
| General Atomics Aeronautical Systems, Inc. | ) | ASBCA Nos. 61633, 61731 |
| | ) | |
| Under Contract No. FA8620-10-G-3038 *et al.* | ) | |

APPEARANCES FOR THE APPELLANT:    Dhananjay S. Manthripragada, Esq.
Justin P. Accomando, Esq.
  Gibson, Dunn & Crutcher LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Samuel W. Morris, Esq.
  DCMA Chief Trial Attorney
Amelia R. Lister-Sobotkin, Esq.
  Trial Attorney
  Defense Contract Management Agency
  Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: May 28, 2025

MARK A. MELNICK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61633, 61731, Appeals of General Atomics Aeronautical Systems, Inc., rendered in conformance with the Board's Charter.

Dated:  May 28, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2